ACCEPTED
12-15-00047-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/19/2015 10:46:02 AM
CATHY LUSK
CLERK

Cause No. 12-15-00047-CV
IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/19/2015 10:46:02 AM

CATHY S. LUSK
Clerk

===========================================================

MARK J. HEALEY
APPELLANT

V.

EDWIN N. HEALEY
APPELLEE

---------------------------------------------------------------------------------------------------

--------

*On Appeal from Severed Cause No. 2014C-0638*
*From the 3rd District Court, Henderson County, Texas*
*Honorable Mark Calhoon, Judge Presiding*

---------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Steve Stark of the law firm of Stark & Groom, LLP, 110 E. Corsicana Street, Athens, Texas 75751, and enters his appearance as attorney of record for Mark J. Healey and requests copies of all documents filed.

Respectfully submitted,

STARK & GROOM, LLP

Steve Stark
110 E. Corsicana St.
Athens, TX 75751
903-675-5691 Telephone
903-675-6454 Facsimile
stevestark@starkandgroom.com Email


/s/ Steve Stark
Steve Stark
State Bar No.: 19066000
Attorney for Mark J. Healey


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via fax on this the 19, day of August, 2015.

Koy R. Killen                          Via Fax:   817-447-0052
104 South Main Street
Burleson, Texas   76028

Paul C. Healey                         Via email: phealey@eff-env.com
3309 Heather Hill
Garland, Texas   75044


/s/ Steve Stark
Steve Stark